# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| REUEL E. PETERSON *Plaintiff(s)* v. COLCHESTER POLICE DEPARTMENT *Defendant(s)* | Civil Action No. 2:25-cv-110 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order of Dismissal (Document 8) filed May 13, 2025, because plaintiff has not submitted an Amended Complaint, this case is DISMISSED. The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

Previously, pursuant to the court's Entry Order (Document 6) filed March 20, 2025, plaintiff's Complaint (Document 7) was DISMISSED under 28 U.S.C. § 1915(e)(2)(B). Plaintiff was granted leave to file a proposed Amended Complaint no later than April 18, 2025, and failure to do so would result in dismissal of the case.

Date: May 13, 2025

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 5/13/2025

JEFFREY S. EATON
CLERK OF COURT

*/s/ Lisa Wright*

*Signature of Clerk or Deputy Clerk*